Karyn M. Taylor, Esq.
Nevada Bar No. 6142
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
5470 Kietzke Lane
Suite 300
Reno, NV 89511
Telephone: 775.348.4888
Facsimile: 775.786.0127
kmtaylor@littler.com

Cayla J. Witty, Esq.
Nevada Bar No. 12897
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.7741
Facsimile: 702.973.4974
cwitty@littler.com

Attorneys for Defendant
CLARK COUNTY CREDIT UNION

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| STACY NOZAWA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY CREDIT UNION,<br><br>Defendant. | Case No. 2:26-cv-03207-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[FIRST REQUEST]** |

Plaintiff STACY NOZAWA, an individual and Defendant CLARK COUNTY CREDIT UNION, through their counsel, hereby agree and stipulate to extend the time for Defendants to file a response to the Complaint from the current deadline of October 26, 2026, up to and including **November 23, 2026.**

The Parties agree the requested extension is reasonable and necessary because counsel for Defendant has just recently been retained and requires additional time to investigate the allegations and file a proper response.

This is the first request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Michael Burnette*
Matthew T. Hale, Esq.
Michael A. Burnette, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
STACY NOZAWA

Dated: October 26, 2026

Respectfully submitted,

*/s/ Cayla J. Witty*
Karyn M. Taylor. Esq.
Cayla J. Witty, Esq.
LITTLER MENDELSON P.C.

Attorney for Defendant
CLARK COUNTY CREDIT UNION

**IT IS SO ORDERED.**

Dated: October 27, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTATE JUDGE